IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**William J. Brown, II,**

    **Plaintiff,**

   **v.**                                          **Case No. 2:11-cv-995**

**Michael J. Astrue,**                         **JUDGE ALGENON L. MARBLEY**
**Commissioner of**                           **Magistrate Judge Kemp**
**Social Security,**

    **Defendant.**

## ORDER

   This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 2, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED**. The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

     **IT IS SO ORDERED**.

                                                    s/Algenon L. Marbley
                                                    Algenon L. Marbley
                                                    United States District Judge